UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAPHNEE BATEMAN, C.B., *a minor*, and JOSHUA BENDA, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN MOTOR CO., LTD., NISSAN NORTH AMERICA, INC., and NISSAN OF KEENE, INC.,<br><br>Defendants. | Civil No. 4:24-cv-13106-MRG |

**JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1, counsel for Plaintiffs Daphne Bateman, C.B., a minor, and Joshua Benda, Jr. (together "Plaintiffs") and Defendants Nissan Motor Co., Ltd. ("NML"), Nissan North America, Inc. ("NNA"), and Nissan of Keene, Inc. (collectively, the "Parties") have conferred and will continue to confer and submit this Joint Statement and Proposed Pretrial Schedule ("Joint Statement") in anticipation of the upcoming scheduling conference on October 23, 2025.

**I.     PROPOSED AGENDA OF MATTERS TO BE DISCUSSED**

      A.     Proposed Discovery Plan

      B.     Any Other Matters

**II.    PROPOSED DISCOVERY PLAN**

      A.     Proposed Pretrial Schedule

Pursuant to Local Rule 16.1(b), the Parties have conferred and propose the plan for discovery and pretrial schedule set forth in Attachment A.

B.    Scope of Discovery

The Parties jointly propose that all discovery afforded under the Federal Rules of Civil Procedure and Local Rules shall be available to the Parties, subject to the limits set forth therein and subject to specific objections or motions by either party. The Parties reserve the right, by appropriate motion, to seek additional discovery if required.

**III.    Settlement Proposals**

The Parties have not discussed settlement at this time.

| | |
|---|---|
| */s/ Patrick C. Barry* | */s/ Holly M. Polglase* |
| Amato A. DeLuca, Esq. | Holly M. Polglase (BBO# 403316) |
| Katelyn M. Revens, Esq. | Matthew E. Bown (BBO# 687184) |
| Patrick C. Barry, Esq. | Shook, Hardy & Bacon LLP |
| DeLuca, Weizenbaum, Barry & Revens, Ltd. | 1 Federal Street, Suite 2620 |
| 199 North Main Street | Boston, MA 02110 |
| Providence, RI 02903 | (t): (617) 531-1411 |
| (t): 401-453-1500 | (f): (617) 531-1602 |
| (f): 401-453-1501 | hpolglase@shb.com |
| bud@dwbrlaw.com | mbown@shb.com |
| kate@dwbrlaw.com | |
| patrick@dwbrlaw.com | |
| ***Attorneys for Plaintiffs, Daphne Bateman, C.B., a minor, and Joshua Benda, Jr.*** | ***Attorneys for Defendants, Nissan North America, Inc., and Nissan Motor Co., Ltd.*** |
| | */s/ Kevin M. Sullivan* |
| | Kevin M. Sullivan |
| | Murphy & Riley, P.C. |
| | 859 Willard Avenue, Suite 310 |
| | Quincy, MA 02169 |
| | (t): (617) 423-3700 |
| | (f): (617) 423-3750 |
| | ksullivan@murphyriley.com |
| | ***Attorney for Defendant, Nissan of Keene, Inc.*** |

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **DAPHNEE BATEMAN, C.B.,** *a minor*, **and JOSHUA BENDA, JR.,** ) ) ) )  **Plaintiffs,** ) ) **v.** ) ) **NISSAN MOTOR CO., LTD., NISSAN NORTH AMERICA, INC., and NISSAN OF KEENE, INC.,** ) ) ) ) ) )  **Defendants.** ) ) | Civil No. 4:24-cv-13106-MRG |

## CERTIFICATE OF SERVICE

I, Patrick C. Barry, hereby certify that this day a true copy of the above document, filed through the ECF system on this 17th day of October, 2025 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                           */s/ Patrick C. Barry*
                                           Patrick C. Barry

## ATTACHMENT A

## TIMETABLE FOR DISCOVERY AND MOTION PRACTICE

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

1. **Initial Disclosures**. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **November 21, 2025.**

2. **Amendments to Pleadings**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **February 6, 2026.**

3. **Fact Discovery - Interim Deadlines**.

    a. All requests for production of documents and interrogatories must be served by **May 15, 2026**.

    b. All requests for admission must be served by **May 15, 2026**.

    c. All depositions, other than expert depositions, must be completed by **August 28, 2026**.

4. **Fact Discovery - Final Deadline**. All discovery, other than expert discovery, must be completed by **August 28, 2026**.

5. **Status Conference**. A status conference will be held **per Court order**.

6. **Expert Discovery**.

    a. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **September 30, 2026**.

    b. Plaintiff(s)' trial experts must be deposed by **December 15, 2026**.

    c. Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **October 30, 2026**.

    d. Defendant(s)' trial experts must be deposed by **February 12, 2026**.

4

7. **Dispositive Motions**.

    a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by **March 12, 2026**.

    b. Oppositions to dispositive motions must be filed within **30** days after service of the motion.

8. **Initial Pretrial Conference**. An initial pretrial conference will be held **per Court order**. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(D) five business days prior to the date of the conference, except that the parties need not include matters required by Local Rule 16.5(D)(2) or (3).