UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAPHNEE BATEMAN, Individually and as p.p.a. CARRSEN BENDA, a minor and JOSHUA BENDA, JR., <br>     Plaintiffs, <br><br> v. <br><br> NISSAN MOTOR CO., LTD; <br> NISSAN NORTH AMERICA, INC.; <br> and NISSAN OF KEENE, INC., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )    C.A. NO: 4:24-cv-13106-MRG <br> ) <br> ) <br> ) <br> ) <br> ) |

**INITIAL DISCLOSURES OF THE DEFENDANT, NISSAN OF KEENE, INC., PURSUANT TO FED. R. CIV. P. 26(a)(1)**

In accordance with Fed. R. Civ. P. 26(a)(1), the defendant, Nissan of Keene, Inc., hereby discloses the following information:

1. The defendant is aware of the following persons who are likely to have discoverable information concerning the claims and defenses:

    a.    Daphnee Bateman (Plaintiff)
            165 Glenallen Street
            Winchendon, MA

            Ms. Bateman is likely to have knowledge of the alleged accident, the factual basis for her claims, and the alleged injuries.

    b.    Godofredo Neto
            246 Winthrop Street
            Framingham, MA 01701

            Mr. Neto is likely to have knowledge of the alleged accident.

    c.    Karen Ellen Courtemanche
            260 Spring Street
            Winchendon, MA 01475

        Ms. Courtemanche is likely to have knowledge of the alleged accident.

d.    Police Officer Derek Blair
     Winchendon Police Department

     Officer Blair is likely to have knowledge of the alleged accident.

e.    Neil Martin
     Address Unknown

     Mr. Martin is likely to have knowledge of the services performed by Nissan of Keene, Inc. on or about August 3, 2021.

f.    Charles Dupler
     Kennebunkport, ME

     Mr. Dupler is likely to have knowledge of the service records and business operations of Nissan of Keene, Inc.

g.    Nissan Motor Co., Ltd and/or Nissan North America, Inc.

     These entities are likely to have knowledge of the subject vehicle, recall notices, and warranty repair procedures.

h.    Carrsen Benda
     Address Unknown

     Mr. Benda is likely to have knowledge of the alleged injuries and the factual basis for his claim.

i.    Joshua Benda, Jr.
     Address Unknown

     Mr. Benda is likely to have knowledge of the alleged injuries and the factual basis for his claim.

In addition, the plaintiff's medical providers and employers are likely to have knowledge of the alleged damages.

2.    A copy of all documents and tangible things in the possession, custody or control of Nissan of Keene, Inc. relevant to the claims or defenses, excluding impeachment materials, is attached hereto at Exhibit A.

  3.  Nissan of Keene, Inc, has not alleged damages.

  4.  A copy of each potentially applicable insurance agreement, as described in Fed. R. Civ. P. 26(a)(1)(A)(iv) is available for inspection and copying at the office of counsel for the defendant, Murphy & Riley, P.C., 859 Willard Street, Suite 310, Quincy, MA 02169. A copy of the declarations page for each such policy is attached at Exhibit B.

              Respectfully submitted,

              THE DEFENDANT,
              NISSAN OF KEENE, INC.,
              By its Attorney,

              /s/ Kevin M. Sullivan
              Kevin M. Sullivan, BBO# 567914
              MURPHY & RILEY, P.C.
              One Adams Place
              859 Willard Street, Suite 310
              Quincy, MA  02169
              T: (617) 423-3700
Date: October 29, 2025       E: KSullivan@MurphyRiley.com

### CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the Electronic Case Filing System, will be sent electronically to the registered participants as indicated on the Notice of Electronic Filing (NEF) and that a paper copy shall be served upon those indicated as non-registered participants on October 29, 2025.

              /s/ Kevin M. Sullivan
              Kevin M. Sullivan, Esq.