# EXHIBIT "B"



**Motorists Insurance**
Member of Motorists Insurance Group

**COMMERCIAL AUTO**
**CA CW DS0005 0417**

# AUTO DEALERS DECLARATIONS

**ITEM ONE**

| Policy Number: 5000031444 | Renewal |
|---|---|
| **Named Insured and Mailing Address:** | **Producer Name and Address:** |
| Nissan of Keene<br>544 MONADNOCK HWY<br>SWANZEY, NH 03446-2133 | Morin Insurance Agency<br>Po Box 1372<br>Alton, NH 03809-1372<br><br>Telephone: (603) 875-1200 |

| Policy Period ||
|---|---|
| **From:** 03/01/2021 | |
| **To:**      03/01/2022 | At 12:01 AM Standard Time at your mailing address shown above |

| Description Of Business |
|---|
| Form Of Business: CORPORATION |
| Business Description: Franchised Auto Dealer |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

| Endorsements Attached To This Policy |
|---|
| Refer to Schedule of Forms and Endorsements |

| Accounting Information ||
|---|---|
| Total Commercial Auto Premium | |

---

CA CW DS0005 0417    Includes copyrighted material of Insurance Services Office, Inc with its permission.    **Page 1 of 13**
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.


Member of Motorists Insurance Group

| Countersignature Of Authorized Representative |
|---|
| Name: |
| Title: |
| Signature: |
| Date: |

**NOTE**
Officers' facsimile signatures may be inserted here, on the policy cover or elsewhere at the company's option.

Page 2 of 13            Includes copyrighted material of Insurance Services Office, Inc with its permission.            CA CW DS0005 0417
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

## ITEM TWO

### Schedule Of Coverages And Covered Autos

This policy provides only those coverages where a charge and limit, if applicable, are shown in the columns below. Each of the "auto"-related coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for the applicable coverages by the entry of one or more of the symbols from Section I – Covered Autos Coverages of the Auto Dealers Coverage Form next to the name of the "auto"-related coverage.**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Covered Autos Liability | 21 | $1,000,000 Each Accident | Included |
| General Liability Bodily Injury And Property Damage Liability | | $1,000,000 Each Accident | |
| Damages To Premises Rented To You | | $100,000 Any One Premises | |
| Personal And Advertising Injury Liability | | $1,000,000 Any One Person Or Organization | |
| | | $3,000,000 General Liability Aggregate | |
| | | $3,000,000 Products And Work You Performed Aggregate | |
| Locations And Operations Medical Payments | | $5,000 Any One Person | Included |
| Personal Injury Protection (Or Equivalent No-fault Coverage) | | Separately Stated In Each Personal Injury Protection Endorsement Minus | |
| Added Personal Injury Protection (Or Equivalent Added No-fault Coverage) | | Separately Stated In Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan Only) | | Separately Stated In The Property Protection Insurance Endorsement Minus Deductible For Each Accident | |
| Auto Medical Payments | 22 | $5,000 Each Insured See Item Seven For Covered Autos Insured On A Specified Car Basis. | Included |
| Medical Expense And Income Loss Benefits (Virginia Only) | | Separately Stated In The Medical Expense And Income Loss Benefits Endorsement | |

CA CW DS0005 0417    Includes copyrighted material of Insurance Services Office, Inc with its permission.    Page 3 of 13

This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

Page 4 of 13                  Includes copyrighted material of Insurance Services Office, Inc with its permission.              **CA CW DS0005 0417**
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

## ITEM TWO
### Schedule Of Coverages And Covered Autos (Cont'd)

| | | | |
|---|---|---|---|
| Uninsured Motorists | 26 | NH: $1,000,000 | Included |
| Underinsured Motorists (When Not Included In Uninsured Motorists Coverage) | | | Included |
| Garagekeepers Comprehensive Coverage | 30 | Separately Stated For Each Location In Item Five | |
| Garagekeepers Specified Causes Of Loss Coverage | | | |
| Garagekeepers Collision Coverage | 30 | | Included |
| Physical Damage Comprehensive Coverage | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>(See Item Seven) **Deductible**<br>For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning<br>See Item Six For Dealers Autos. | |
| Physical Damage Specified Causes Of Loss Coverage | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>(See Item Seven) **Deductible**<br>For Each Covered Auto For Loss Caused By Mischief Or Vandalism<br>See Item Six For Dealers Autos. | |
| Physical Damage Collision Coverage | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>(See Item Seven) **Deductible**<br>For Each Covered Auto<br>See Item Six For Dealers Blanket Collision Autos. | |
| Acts, Errors Or Omissions Liability | | $300,000 **Aggregate**<br>$1,000 **Per Claim Deductible** | Included |
| This policy may be subject to final audit. | | | |

## ITEM THREE
### Locations Where You Conduct Auto Dealer Operations

| Location Number | Address<br>(State your main business location first.) |
|---|---|
| 1 | 544 MONADNOCK HWY, SWANZEY, NH 03446-2133 |
CA CW DS0005 0417    Includes copyrighted material of Insurance Services Office, Inc with its permission.    Page 5 of 13
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.


Member of Motorists Insurance Group

### ITEM FOUR
Liability And Personal Injury Protection (Or Equivalent Or Similar No-fault Coverages) – Premiums

| Location Number: 1 | | | |
|---|---|---|---|
| | Number Of Persons | | |
| Class I - Employees | Full Time | Part Time | Rating Units |
| Regular Operators | 8 | 0 | 8 |
| Salespersons With No Demo | 7 | 0 | 3.5 |
| All Others Employees Excluding Clerical | 15 | 0 | 6 |
| Clerical | 3 | | 0 |
| All Employees (For Trailer Dealers Only) | 33 | | |
| Class II – Non-Employees | | | |
| Non-employees Under Age 25 | 0 | | 0 |
| Non-employees Age 25 Or Over | 0 | | 0 |
| | | Total Rating Units | 17.5 |
| Premiums | | | |
| Covered Autos Liability and General Liability Premium | Included | | |
| Personal Injury Protection Premium | | | |
| Property Protection Insurance Premium (Michigan Only) | | | |
| Medical Expense Benefits Premium (Virginia Only) | Included | | |
| Income Loss Benefits Premium (Virginia Only) | Included | | |
| Acts, Errors Or Omissions Liability Premium | Included | | |

### DEFINITIONS
**Class I – Employees**

**Regular Operator:** Proprietors, partners and officers active in the "auto dealer operations", salespersons with a demo, general managers, service managers, any "employee" whose principal duty involves the operation of covered "autos" or who is furnished a covered "auto"

**All Others:** All other "employees"

### NOTE
1. Part-time "employees" working an average of at least 20 hours a week for the number of weeks worked are to be counted as one rating unit each.
2. Part-time "employees" working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

**Class II – Nonemployees**
Any of the following persons who are regularly furnished with a covered "auto": inactive proprietors, partners or officers and their relatives and the relatives of any person described in Class I.

Page 6 of 13    Includes copyrighted material of Insurance Services Office, Inc with its permission.    CA CW DS0005 0417
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**Motorists Insurance**
Member of Motorists Insurance Group

**ITEM FIVE**
**Garagekeepers Coverages And Premiums**

| Location Number: 1 | | | |
|---|---|---|---|
| **Coverages** | **Limit Of Insurance And Deductible** | | **Premium** |
| Comprehensive | | Limit Of Insurance | Included |
| | | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | | |
| | $350,000 | Limit Of Insurance | |
| | $1,000 | Deductible For All Perils For Each Customer's Auto | |
| | $ 5,000 | Maximum Deductible For All Loss In Any One Event | |
| Specified Causes Of Loss | | Limit Of Insurance | |
| | | Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | | |
| | | Limit Of Insurance | |
| | | Deductible For All Perils For Each Customer's Auto | |
| | | Maximum Deductible For All Loss In Any One Event | |
| Collision | $350,000 | Limit Of Insurance | Included |
| | $1,000 | Deductible For Each Customer's Auto | |

CA CW DS0005 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 7 of 13
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**Motorists Insurance**
Member of Motorists Insurance Group

### Direct Coverage Options

Indicate below with an "X" which, if any, Direct Coverage Option is selected.

☐ **Excess Insurance**

If this box is checked, Garagekeepers Coverage remains applicable on a legal liability basis. However, coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest or the interest of the "customer's auto's" owner.

☒ **Primary Insurance**

If this box is checked, Garagekeepers Coverage is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance.

### ITEM SIX

**Physical Damage Coverage – Types Of Covered Autos And Interests In These Autos – Premiums – Reporting Or Nonreporting Basis**

Each of the following Physical Damage Coverages that is indicated in Item Two applies only to the types of "autos" and interests indicated below by an "X".

| Coverages | Types Of Autos | | Interests Covered | | | |
|---|---|---|---|---|---|---|
| | New Autos | Used Autos, Demonstrators And Service Vehicles | Your Interest In Covered Autos You Own | Your Interest Only In Financed Covered Autos | Your Interest And The Interest Of Any Creditor Named As A Loss Payee | All Interests In Any Auto Not Owned By You Or Any Creditor While In Your Possession On Consignment For Sale |
| Comprehensive | | | | | | |
| Specified Causes Of Loss | | | | | | |
| Collision | | | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.
CA CW DS0005 0417

**Motorists Insurance**
Member of Motorists Insurance Group

| Location Numbers Included in Blanket: | | |
|---|---|---|
| Coverages | Limit Of Insurance And Deductible | Premium |
| Blanket Comprehensive | Limit Of Insurance | |
| | Deductible For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| | Limit Of Insurance | |
| | Deductible For All Perils For Each Covered Auto | |
| | Maximum Deductible For All Loss In Any One Event | |
| Blanket Specified Causes Of Loss | Limit Of Insurance | |
| | Deductible For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| | Limit Of Insurance | |
| | Deductible For All Perils For Each Covered Auto | |
| | Maximum Deductible For All Loss In Any One Event | |

| Coverage | Limit Of Insurance And Deductible | Premium |
|---|---|---|
| Blanket Collision (All Locations) | Limit Of Insurance | |
| | Deductible For Each Covered Auto | |

| Our Limit Of Insurance For Loss At Locations Other Than Those Stated In Item Three: |
|---|
| Additional Locations Where You Store Covered Autos |
| In Transit |

CA CW DS0005 0417    Includes copyrighted material of Insurance Services Office, Inc with its permission.    Page 9 of 13
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**Motorists Insurance**
Member of Motorists Insurance Group

**Premium Basis** – Reporting (Quarterly or Monthly) or Nonreporting (Indicate basis agreed upon by an "X".)

☐ **Reporting Basis** (Quarterly or Monthly as indicated below by an "X")

You must report to us on our form the location of your covered "autos" and their total value at each such location. For your main sales location identified as location Number **1**, you must include the total value of all covered "autos" you have furnished or made available to yourself, your executives, your "employees" or family members and other Class II – Nonemployees, and covered "autos" that are temporarily displayed or stored at locations other than those stated in Item Three. For your main sales location, you must include the total value of all service vehicles.

**Your Reporting Basis Is:**

☐ **Quarterly**

You must give us your first report by the 15th of the fourth month after the policy begins. Your subsequent reports must be given to us by the 15th of every third month. Your reports must contain the value for the last business day of every third month coming within the policy period.

☐ **Monthly**

You must give us your reports by the 15th of every month. Your reports will contain the total values you had on the last business day of the preceding month.

Premiums will be calculated pro rata of the annual premium for the exposures contained in each report. At the end of each policy year, we will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire policy year. The estimated total premiums shown above will be credited against the final premium due.

☒ **Nonreporting Basis**

Stated limit of insurance shown above applies.

| **Loss Payee** – Any loss is payable as interest may appear to you and: |
|---|
| Nissan Motor Acceptance Corp., PO BOX 660620, Dallas, TX 75266-0620 |

**ITEM SEVEN**
**Schedule Of Covered Autos Which Are Furnished To Someone Other Than A Class I Or Class II Operator Or Which Are Insured On A Specified Car Basis**

| Covered Auto Number | Person Or Organization To Which The Covered Auto Has Been Furnished (Do not include Covered Autos which have been furnished to Class I or Class II operators.) |
|---|---|
|  |  |

**ITEM EIGHT**
**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums**

| **Covered Autos Liability Coverage – Cost Of Hire Rating Basis (Other Than Mobile Or Farm Equipment)** |
|---|

Page 10 of 13        Includes copyrighted material of Insurance Services Office, Inc with its permission.        CA CW DS0005 0417
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

| Covered Autos Liability Coverage | State | Estimated Annual Cost Of Hire For Each State | Premium |
|---|---|---|---|
| **Primary Coverage** | NH | $1,000.00 | Included |
| **Excess Coverage** | | | |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

| Physical Damage Coverages – Cost Of Hire Rating Basis For All Autos (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| Coverage | Limit Of Insurance | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | Premium |
| Comprehensive | Actual Cash Value Or Cost Of Repair Or          , Whichever Is Less, Minus            Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | | |
| Specified Causes Of Loss | Actual Cash Value Or Cost Of Repair Or          , Whichever Is Less, Minus            Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism | | |
| Collision | Actual Cash Value Or Cost Of Repair Or          , Whichever Is Less, Minus            Deductible For Each Covered Auto | | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver.

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| | | Estimated Annual Cost Of Hire For Each State | | Premium | |
| Coverage | State | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary | | | | | |

CA CW DS0005 0417    Includes copyrighted material of Insurance Services Office, Inc with its permission.    Page 11 of 13
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

Case 4:24-cv-13106-MRG   Document 57-2   Filed 10/29/25   Page 13 of 17



Member of Motorists Insurance Group

| Coverage | | | | | |
|---|---|---|---|---|---|
| Covered Autos Liability – Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | VA | | | | |
| Income Loss Benefits (Virginia Only) | VA | | | | |
| Auto Medical Payments | | | | | |
| Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers. |||||||

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Physical Damage Coverages ||||||
|---|---|---|---|---|---|
| | | | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) || Premium ||
| Coverage | State | Limit Of Insurance | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Comprehensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus (See Item Seven) Ded. For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | | | | |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus (See Item Seven) Ded. For Each Covered Auto For Loss Caused By Mischief Or Vandalism | | | | |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus (See Item Seven) Ded. For Each Covered Auto | | | | |

Page 12 of 13

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CA CW DS0005 0417

**Motorists Insurance**
Member of Motorists Insurance Group

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver.

| Rental Period Rating Basis For Mobile Or Farm Equipment | | | | | |
|---|---|---|---|---|---|
| | | Estimated Total Number Of Days Equipment Will Be Rented | | Premium | |
| Coverage | Garaging State | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |

**ITEM NINE**
Covered Autos Liability Premium For Pickup And Delivery Of Autos – Nonfranchised Dealers Only

| Number Of Driver Trips | Premium |
|---|---|
| Local: | |
| Long Distance: | |
| Total Premium | |

CA CW DS0005 0417   Includes copyrighted material of Insurance Services Office, Inc with its permission.   Page 13 of 13
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**Motorists Insurance**
Member of Motorists Insurance Group

COMMERCIAL LIABILITY UMBRELLA
CU CW DS0005 0417

# COMMERCIAL LIABILITY UMBRELLA DECLARATIONS

| Policy Number: 5000035951 | Renewal |
|---|---|
| **Named Insured and Mailing Address:**<br>Nissan of Keene<br>PO BOX 10250<br>SWANZEY, NH 03446-0250 | **Producer Name and Address:**<br>HUB International New England LLC<br>24 Mount Major Hwy<br>Alton Bay, NH 03810-4409<br><br>Telephone: (603) 875-1200 |
| **Policy Period** ||
| From: 03/01/2021 ||
| To:    03/01/2022 | 12:01 AM at your mailing address shown above. |

In return for the payment of the premium, and subject to all the terms and conditions of this Policy, we agree with you to provide the insurance as stated in this Policy.

| Limits of Insurance | | |
|---|---|---|
| Each Occurrence Limit<br>(Liability Coverage) | $5,000,000 | |
| Personal & Advertising Injury Limit | $5,000,000 | Any one person or organization |
| Aggregate Limit (Liability Coverage)<br>(except with respect to "covered autos") | | $5,000,000 |

| Description of Business |
|---|
| Form of Business: Corporation |
| Business Description: Franchised Auto Dealer |

| All Premises You Own, Rent Or Occupy |
|---|
| Refer to Underlying Policies for Information |

**MI Motorists Insurance**

Member of Motorists Insurance Group

| Premium | |
|---|---|
| Other Premium | $ |
| Total Coverage Part Premium | $ |
| State Tax Or Other (if applicable) | |
| Total Premium | $ |
| **Endorsements Attached to this Policy:** | |
| See Schedule of Forms and Endorsements | |

**Motorists Insurance**
Member of Motorists Insurance Group

## Schedule of Underlying Insurance

**Auto Dealer Liability**

| | |
|---|---|
| Company: | Motorists Commercial Mutual Insurance |
| Policy Number: | 5000031444 |
| Policy Period: | 03/01/2021 To 03/01/2022 |

Minimum Applicable Limits

| | |
|---|---|
| Each Accident | $1,000,000 |
| Aggregate Limit For Other Than Autos | 3 x Accident Limit |
| Aggregate Limit For Products And Work You Performed | 3 x Accident Limit |
| Personal and Advertising Injury | $1,000,000 |

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| Countersigned: | By: |
|---|---|
| (Date) | (Authorized Representative) |

**NOTE**
OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSEWHERE AT THE COMPANY'S OPTION.