UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAPHNEE BATEMAN, Individually and : <br> as p.p.a. CARRSEN BENDA, a minor and : <br> JOSHUA BENDA, JR. : <br>     Plaintiffs, : <br> : <br> vs. : <br> : <br> NISSAN MOTOR CO., LTD.; : <br> NISSAN NORTH AMERICA, INC.; and : <br> NISSAN OF KEENE, INC. : <br>     Defendants : | C.A. No.:  4:24-cv-13106-DHH |

**PLAINTIFFS' RULE 26(a)(1) DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2(A) of the United States District Court for the District of Massachusetts, the plaintiffs hereby make the following initial disclosures. The individuals, documents and information disclosed herein are based upon the present knowledge of the plaintiffs at this time and are not intended to identify all such matter as they may be subsequently determined through discovery. Plaintiffs reserve the right to supplement these disclosures, and waive no applicable rights or privileges by service of this document.

i. **The name, address, and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, along with the subjects of that information:**

Plaintiffs state that the following individuals may have discoverable information relevant to the disputed facts alleged within particularity in the pleadings:

- Daphnee Bateman, her children, Carrsen Benda and Joshua Benda, Jr., her caregiver Jacob Tambolleo, and Joshua Bender (father of the two boys), who may be contacted through plaintiff's counsel.

- Medical providers of Daphnee Bateman as documented or identified in the medical records.

- Corporate representatives and employees of Nissan Motor Co., Ltd., and Nissan North America, Inc., involved in Electronic Stability Control and Vehicle Dynamic Control systems, and related automotive industry issues.

- Persons identified in the police report of the crash that occurred on December 19, 2021, and personnel who interacted with Ms. Bateman during the vehicle inspection appointment at Nissan of Keene, in Swanzey, New Hampshire, on August 3, 2021.

ii. **A copy or a description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses:**

Plaintiffs are in possession of the following documents:

- Medical records and bills of Daphnee Bateman, to be produced in discovery.

- Photographs and/or video of Daphnee Bateman, to be produced in discovery.

- The police/accident report and related information, to be produced in discovery.

Plaintiffs believe that additional documents relevant to the disputed facts alleged with particularity in the pleadings exist in the possession, custody, and/or control of the defendants, its agents, representatives, and/or attorneys.

iii. **A computation of each category of damages claimed by the disclosing party:**

This action involves claims for general and specific damages, including damages that will accrue in the future. Plaintiffs will retain expert witnesses to support their claims for general and

special damages as discovery progresses in this action. These general and special damages include, but are not limited to the significant lifetime medical expenses of Ms. Bateman, along with physical pain and suffering, permanent disfigurement, mental and emotional suffering and anguish, and loss of enjoyment of life. Her two children, co-plaintiffs Carssen Benda and Joshua Benda, Jr., also have claims for loss of society and companionship in light of their mother's severe, debilitating and permanent injuries.

As to currently incurred economic damages, the plaintiffs state the following: medical bills as available to date and continuing, in an undetermined amount at the present time. Additional economic damages include lost earnings, as well.

iv. **Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

As the plaintiffs in this action, the plaintiffs expects that the defendants are in possession of or covered by the only insurance agreements applicable to this action.

>Respectfully submitted,
>
>Plaintiffs,
>By their Attorneys,
>
>/s/ Patrick C. Barry
>Amato A. DeLuca (#0531)
>Patrick C. Barry (#5631)
>Katelyn M. Revens (#9078)
>**DeLuca, Weizenbaum,
>Barry & Revens, Ltd.**
>199 North Main Street
>Providence, RI 02903
>(401) 453-1500
>(401) 453-1501 (fax)
>bud@dwbrlaw.com
>patrick@dwbrlaw.com
>kate@dwbrlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAPHNEE BATEMAN, Individually and as p.p.a. CARRSEN BENDA, a minor and JOSHUA BENDA, JR.<br>Plaintiffs,<br><br>vs.<br><br>NISSAN MOTOR CO., LTD.;<br>NISSAN NORTH AMERICA, INC.; and<br>NISSAN OF KEENE, INC.<br>Defendants | C.A. No.: 4:24-cv-13106-DHH |

## CERTIFICATE OF SERVICE

I, Patrick C. Barry, hereby certify that this day a true copy of the above document, filed through the ECF system on this 21st day of November, 2025 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Patrick C. Barry*
Patrick C. Barry

4